THE PEOPLE OF THE STATE OF NEW YORK ex rel. IRMOR CORPORATION, Appellant, *v.* JOSEPH LILLY et al., Constituting the Tax Commission of the City of New York, Respondents.

Argued November 13, 1944; decided December 30, 1944.

*Louis S. Lewis* and *Louis Schack* for appellant.
*Ignatius M. Wilkinson, Corporation Counsel (Oscar L. Tucker* and *Arthur H. Goldberg* for respondents.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.